United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-02963-HWV |
| Joseph B. Riley, Sr. | Chapter 13 |
| Tara M. Riley | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Dec 10, 2024 | Form ID: ntnew341 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph B. Riley, Sr., Tara M. Riley, 17 Curtis Dr., East Berlin, PA 17316-9303 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5668845 | | Email/PDF: bncnotices@becket-lee.com | Dec 10 2024 18:53:08 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5668846 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 10 2024 18:40:00 | Bank of America, Attn: Bankruptcy NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 5668847 | + | Email/Text: epayterms@beebehealthcare.org | Dec 10 2024 18:40:00 | Beebe Healthcare, 424 Savannah Rd., Lewes, DE 19958-1462 |
| 5668848 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 10 2024 18:53:49 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5668849 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2024 18:52:22 | Citibank North America, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5668850 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2024 18:53:08 | Citibank/Exxon Mobile, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5668851 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2024 18:53:51 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5668852 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 10 2024 18:40:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5668853 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 10 2024 18:53:48 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5668871 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Dec 10 2024 18:40:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5668854 | | Email/Text: bankruptcy@pepcoholdings.com | Dec 10 2024 18:40:00 | Delmarva Power & Light Company, P.O. Box 17006, Wilmington, DE 19850-7006 |
| 5670150 | | Email/Text: mrdiscen@discover.com | Dec 10 2024 18:40:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5668855 | | Email/Text: mrdiscen@discover.com | Dec 10 2024 18:40:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5671220 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 10 2024 18:40:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5668856 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 10 2024 18:40:00 | Fnb Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 5668872 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 10 2024 18:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5668857 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 10 2024 18:53:44 | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 5674670 | + | Email/Text: RASEBN@raslg.com | Dec 10 2024 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5668858 | | Email/Text: Documentfiling@lciinc.com | Dec 10 2024 18:40:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-2802 |
| 5668859 | | Email/Text: camanagement@mtb.com | Dec 10 2024 18:40:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5668860 | | Email/Text: Mercury@ebn.phinsolutions.com | Dec 10 2024 18:40:00 | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 5668861 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 10 2024 18:52:13 | Merrick Bank/Card Works, Attn: Bankruptcy, PO Box 5000, Draper, UT 84020-5000 |
| 5668875 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 10 2024 18:40:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5668873 | | Email/Text: fesbank@attorneygeneral.gov | Dec 10 2024 18:40:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5668862 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2024 18:52:16 | Syncb/Paypal, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5668863 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2024 18:52:17 | Syncb/Venmo, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5668864 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2024 18:53:48 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5668865 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2024 18:53:44 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5668866 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2024 18:53:44 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5668867 | | Email/Text: bncmail@w-legal.com | Dec 10 2024 18:40:00 | Target, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5668874 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Dec 10 2024 18:40:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5673732 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 10 2024 18:40:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5668868 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 10 2024 18:40:00 | US Bank, P.O Box 108, Saint Louis, MO 63166 |
| 5673106 | + | Email/Text: RASEBN@raslg.com | Dec 10 2024 18:40:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 5668876 | ^ | MEBN | Dec 10 2024 18:36:36 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5668869 | | Email/Text: bkelectronicnotices@usaa.com | Dec 10 2024 18:40:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 5668870 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 10 2024 18:53:44 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:

**Name**     **Email Address**

Brent J Lemon
on behalf of Creditor M&T BANK blemon@kmllawgroup.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

John Matthew Hyams
on behalf of Debtor 2 Tara M. Riley jmh@johnhyamslaw.com
acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com

John Matthew Hyams
on behalf of Debtor 1 Joseph B. Riley  Sr. jmh@johnhyamslaw.com,
acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Joseph B. Riley Sr.,

    **Debtor 1**

Tara M. Riley,

    **Debtor 2**

Chapter 13

Case No. 1:24−bk−02963−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: February 27, 2025<br><br>Time: 08:30 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristinaEdris, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 10, 2024 |

ntnew341 (09/23)