| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|---|---|---|---|---|---|
| 2DH | 000446 | 009151 | | 0000420040 | 1 |

# Earnings Statement

![ADP]

*DPPA LLC*
*120 MULLET RUN*
*MILFORD, DE 19963*

Period Beginning: 09/30/2024
Period Ending: 10/13/2024
Pay Date: 10/18/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**JOSEPH B. RILEY**
**17 CURTIS DRIVE**
**EAST BERLIN PA 17316**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | | 2,000.00 | 8,480.00 |
| Tips | | | 25.03 | 28.03 |
| Overtime | | | | 1,833.30 |
| **Gross Pay** | | | **$2,025.03** | 10,341.33 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -166.70 | 785.39 |
| | Social Security Tax | -125.55 | 641.16 |
| | Medicare Tax | -29.36 | 149.95 |
| | PA State Income Tax | -62.17 | 317.48 |
| | Reading Twp Income Tax | -34.43 | 175.80 |
| | PA SUI Tax | -1.42 | 7.24 |
| | **Other** | | |
| | Tips | -25.03 | 28.03 |
| | **Net Pay** | **$1,580.37** | |
| | CHECKING | -1,580.37 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
COMPANY PH#:(302) 424-1600

BASIS OF PAY: HOURLY

YOUR RATE HAS BEEN CHANGED FROM 18.0000 PER HOUR TO 2,000.00.

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:  Married

Your federal taxable wages this period are $2,025.03

© 2000 ADP, Inc.

---

*DPPA LLC*
*120 MULLET RUN*
*MILFORD, DE 19963*

Advice number: 00000420040
Pay date: 10/18/2024

**THIS IS NOT A CHECK**

**Deposited to the account of**
**JOSEPH B. RILEY**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7753 | xxxx xxxx | $1,580.37 |

# NON-NEGOTIABLE

# Earnings Statement

*DPPA LLC*  
*120 MULLET RUN*  
*MILFORD, DE 19963*

Period Beginning: 09/16/2024  
Period Ending: 09/29/2024  
Pay Date: 10/04/2024

**JOSEPH B. RILEY**  
**17 CURTIS DRIVE**  
**EAST BERLIN PA 17316**

Filing Status: Single/Married filing separately  
Exemptions/Allowances:  
  Federal: Standard Withholding Table

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 80.00 | 1,440.00 | 6,480.00 |
| Overtime | 27.0000 | 19.05 | 514.35 | 1,833.30 |
| Tips | | | | 3.00 |
| **Gross Pay** | | | **$1,954.35** | 8,316.30 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -158.22 | 618.69 |
| | Social Security Tax | -121.17 | 515.61 |
| | Medicare Tax | -28.34 | 120.59 |
| | PA State Income Tax | -60.00 | 255.31 |
| | Reading Twp Income Tax | -33.22 | 141.37 |
| | PA SUI Tax | -1.37 | 5.82 |
| | **Other** | | |
| | Tips | | 3.00 |
| | **Net Pay** | **$1,552.03** | |
| | **Net Check** | **$1,552.03** | |

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 99.05 | |

**Important Notes**  
COMPANY PH#:(302) 424-1600

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**  
Taxable Marital Status:  
  PA: Married

Your federal taxable wages this period are $1,954.35

© 2000 ADP, Inc.

1-1273/313

*DPPA LLC*  
*120 MULLET RUN*  
*MILFORD, DE 19963*

**Payroll check number:** 0000003619  
Pay date: 10/04/2024

Pay to the order of: **JOSEPH B. RILEY**

This amount: ONE THOUSAND FIVE HUNDRED FIFTY TWO AND 03/100 DOLLARS    **$1552.03**

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

THIS IS NOT A CHECK

PNC BANK

| CO. | FILE | DEPT. | CLOCK | NUMBER | 056 |
|---|---|---|---|---|---|
| 2DH | 000446 | 004743 | | 0000003580 | 1 |

# Earnings Statement

*DPPA LLC*
*120 MULLET RUN*
*MILFORD, DE 19963*

Period Beginning: 09/02/2024
Period Ending: 09/15/2024
Pay Date: 09/20/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

**JOSEPH B. RILEY**
**17 CURTIS DRIVE**
**EAST BERLIN PA 17316**

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 80.00 | 1,440.00 | 5,040.00 |
| Overtime | 27.0000 | 15.05 | 406.35 | 1,318.95 |
| Tips | | | 3.00 | 3.00 |
| **Gross Pay** | | | **$1,849.35** | 6,361.95 |

**Deductions**  **Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -145.62 | 460.47 |
| Social Security Tax | -114.66 | 394.44 |
| Medicare Tax | -26.82 | 92.25 |
| PA State Income Tax | -56.77 | 195.31 |
| Reading Twp Income Tax | -31.44 | 108.15 |
| PA SUI Tax | -1.29 | 4.45 |

**Other**

| | | |
|---|---|---|
| Tips | -3.00 | 3.00 |
| **Net Pay** | **$1,469.75** | |
| **Net Check** | **$1,469.75** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | | 95.05 |

**Important Notes**
COMPANY PH#:(302) 424-1600

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
   PA:     Married

Your federal taxable wages this period are $1,849.35

1-1273/313

*DPPA LLC*
*120 MULLET RUN*
*MILFORD, DE 19963*

**Payroll check number:** 0000003580
Pay date: 09/20/2024

Pay to the order of: **JOSEPH B. RILEY**

This amount: ONE THOUSAND FOUR HUNDRED SIXTY NINE AND 75/100 DOLLARS   $1469.75

PNC BANK

VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE

THIS IS NOT A CHECK

```
CO.    FILE    DEPT.    CLOCK    NUMBER    056
2DH    000446  004743            0000003543    1
```

# Earnings Statement

**ADP**

*DPPA LLC*
*120 MULLET RUN*
*MILFORD, DE 19963*

Period Beginning: 08/19/2024
Period Ending:    09/01/2024
Pay Date:         09/06/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

**JOSEPH B. RILEY**
**17 CURTIS DRIVE**
**EAST BERLIN PA 17316**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 80.00 | 1,440.00 | 3,600.00 |
| Overtime | 27.0000 | 15.65 | 422.55 | 912.60 |
| Gross Pay | | | $1,862.55 | 4,512.60 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -147.20 | 314.85 |
| | Social Security Tax | -115.48 | 279.78 |
| | Medicare Tax | -27.00 | 65.43 |
| | PA State Income Tax | -57.18 | 138.54 |
| | Reading Twp Income Tax | -31.66 | 76.71 |
| | PA SUI Tax | -1.30 | 3.16 |
| **Net Pay** | | **$1,482.73** | |
| **Net Check** | | **$1,482.73** | |

**Other Benefits and Information**   this period   total to date
Totl Hrs Worked                       95.65

**Important Notes**
COMPANY PH#:(302) 424-1600

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
 PA:           Married

Your federal taxable wages this period are
$1,862.55

© 2000 ADP, Inc.

1-1273/313

*DPPA LLC*
*120 MULLET RUN*
*MILFORD, DE 19963*

**Payroll check number:** 0000003543
Pay date:                 09/06/2024

Pay to the order of:  **JOSEPH B. RILEY**

This amount: ONE THOUSAND FOUR HUNDRED EIGHTY TWO AND 73/100 DOLLARS    $1482.73

PNC BANK

VOID NON-NEGOTIABLE  VOID NON-NEGOTIABLE

THIS IS NOT A CHECK