| | |
|---|---|
| **Avery W Hall Insurance Agency Inc** | **Voucher Date**    **Voucher Number** |
| 308 E Main Street | 09/05/2024    25514 |
| Salisbury, MD 21801 | |
| (410) 742-5111 | **Direct Deposit Advice** |

*** This is not a check***

**Direct Deposit Amount**    ***** 1,667.94

**Tara M Riley**
17 Curtis Dr
East Berlin, PA 173169303

| Tara M Riley | September 5, 2024 | 25514 |
|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Emp Id | **99834** | Loc | **400** | Period Begin | **08/19/2024** | Net Pay   **1,667.94** |
| Status | **A** | Hire Date | **03/14/2022** | Period End | **09/01/2024** | Dir Dep   **1,667.94** |
| Clock | **99834** | | | Check Type | **Reg** | |

### Earnings Summary

| **Total Gross Pay** | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 77.25 | 26.59 | 2,054.08 | 31,881.44 |
| Sign on Bonus | 0.00 | | 0.00 | 250.00 |
| Overtime | 0.00 | | 0.00 | 9.97 |
| Bonus | 0.00 | | 0.00 | 2,530.00 |
| Floating Holiday | 0.00 | | 0.00 | 199.43 |
| Holiday | 0.00 | | 0.00 | 1,395.99 |
| Sick | 0.00 | | 0.00 | 1,595.42 |
| Vacation | 0.00 | | 0.00 | 997.13 |
| Employer HSA | 0.00 | | 0.00 | 1,500.00 ❶ |
| | **77.25** | | **2,054.08** | **38,859.38** |

| **Taxes** | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-0 | 2,023.98 | 90.26 | 1,546.27 |
| OASDI | | 2,023.98 | 125.49 | 2,375.69 |
| Medicare | | 2,023.98 | 29.34 | 555.60 |
| Delaware SITW | | 0.00 | 0.00 | 1,560.00 |
| Pennsylvania SITW | M-0 | 2,023.98 | 62.14 | 62.14 |
| PA SUI - EE | | 2,054.08 | 1.44 | 1.44 |
| Adams Tax Collection District | | 2,023.98 | 34.41 | 34.41 |
| | | | **343.08** | **6,135.55** |

| **Other Deductions from Pay** | Current Amt | Ytd Amt |
|---|---|---|
| Advance 1 | 0.00 | -39.23 |
| Apparel Deduction | 0.00 | 9.54 |
| Medical FAM | 30.10 | 541.80 ❷ |
| Voluntary Dep & Spouse Life and AD&D | 0.09 | 107.10 |
| Voluntary Dep & Spouse Life and AD&D | 0.78 | |
| Voluntary Dep & Spouse Life and AD&D | 4.62 | |
| Voluntary Dep & Spouse Life and AD&D | 0.46 | |
| Voluntary Life | 0.55 | 126.18 |
| Voluntary Life | 6.46 | |
| | **43.06** | **745.39** |

### Payment Summary for Voucher 25514

| | |
|---|---|
| Total Gross Pay | **2,054.08** |
| Federal Taxes | **-245.09** |
| State and Local Taxes | **-97.99** |
| Other Deductions | **-43.06** |
| Net Pay | **1,667.94** |
| Direct Deposits | **-1,667.94** |
| Net Check | **0.00** |

### Additional Information

### Direct Deposit

| Bank | Account | Current Amt |
|---|---|---|
| MEMBERS 1ST FCU | Ends with ***6102 | 150.00 |
| USAA FEDERAL SAVINGS BANK | Ends with ***7753 | 1,467.94 |
| ALLIED FIRST BANK | Ends with ***4908 | 50.00 |
| | | **1,667.94** |

❶ This code is shown for information only. It has no effect on your net pay.
❷ This code is not included in your Federal taxable wages.

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Avery W Hall Insurance Agency Inc**
308 E Main Street
Salisbury, MD 21801
(410) 742-5111

| | Voucher Date | Voucher Number |
|---|---|---|
| | 09/19/2024 | 25595 |

## Direct Deposit Advice

*** This is not a check***

**Direct Deposit Amount** ***** 1,678.01

**Tara M Riley**
17 Curtis Dr
East Berlin, PA 173169303

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

| Tara M Riley | September 19, 2024 | 25595 |
|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Emp Id | 99834 | Loc | 400 | Period Begin | 09/02/2024 | Net Pay | 1,678.01 |
| Status | A | Hire Date | 03/14/2022 | Period End | 09/15/2024 | Dir Dep | 1,678.01 |
| Clock | 99834 | | | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 69.50 | 26.59 | 1,848.01 | 33,729.45 |
| Sign on Bonus | 0.00 | | 0.00 | 250.00 |
| Overtime | 0.00 | | 0.00 | 9.97 |
| Bonus | 0.00 | | 20.00 | 2,550.00 |
| Floating Holiday | 0.00 | | 0.00 | 199.43 |
| Holiday | 7.50 | 26.59 | 199.43 | 1,595.42 |
| Sick | 0.00 | | 0.00 | 1,595.42 |
| Vacation | 0.00 | | 0.00 | 997.13 |
| Employer HSA | 0.00 | | 0.00 | 1,500.00 ❶ |
| | 77.00 | | 2,067.44 | 40,926.82 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-0 | 2,037.34 | 91.87 | 1,638.14 |
| OASDI | | 2,037.34 | 126.32 | 2,502.01 |
| Medicare | | 2,037.34 | 29.55 | 585.15 |
| Delaware SITW | | 0.00 | 0.00 | 1,560.00 |
| Pennsylvania SITW | M-0 | 2,037.34 | 62.55 | 124.69 |
| PA SUI - EE | | 2,067.44 | 1.45 | 2.89 |
| Adams Tax Collection District | | 2,037.34 | 34.63 | 69.04 |
| | | | 346.37 | 6,481.92 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| Advance 1 | 0.00 | -39.23 |
| Apparel Deduction | 0.00 | 9.54 |
| Medical FAM | 30.10 | 571.90 ❷ |
| Voluntary Dep & Spouse Life and AD&D | 0.09 | 113.05 |
| Voluntary Dep & Spouse Life and AD&D | 0.78 | |
| Voluntary Dep & Spouse Life and AD&D | 4.62 | |
| Voluntary Dep & Spouse Life and AD&D | 0.46 | |
| Voluntary Life | 0.55 | 133.19 |
| Voluntary Life | 6.46 | |
| | 43.06 | 788.45 |

### Payment Summary for Voucher 25595

| | |
|---|---|
| Total Gross Pay | 2,067.44 |
| Federal Taxes | -247.74 |
| State and Local Taxes | -98.63 |
| Other Deductions | -43.06 |
| Net Pay | **1,678.01** |
| Direct Deposits | -1,678.01 |
| Net Check | **0.00** |

### Additional Information

### Direct Deposit

| Bank | Account | Current Amt |
|---|---|---|
| MEMBERS 1ST FCU | Ends with ***6102 | 150.00 |
| USAA FEDERAL SAVINGS BANK | Ends with ***7753 | 1,478.01 |
| ALLIED FIRST BANK | Ends with ***4908 | 50.00 |
| | | 1,678.01 |

❶ This code is shown for information only. It has no effect on your net pay.
❷ This code is not included in your Federal taxable wages.

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Avery W Hall Insurance Agency Inc**
308 E Main Street
Salisbury, MD 21801
(410) 742-5111

**Voucher Date**    **Voucher Number**
10/03/2024    25676

## Direct Deposit Advice

*** This is not a check***

**Direct Deposit Amount**    ***** 1,621.76

**Tara M Riley**
17 Curtis Dr
East Berlin, PA 173169303

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

| Tara M Riley | October 3, 2024 | 25676 |
|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Emp Id | 99834 | Loc | 400 | Period Begin | 09/16/2024 | Net Pay 1,621.76 |
| Status | A | Hire Date | 03/14/2022 | Period End | 09/29/2024 | Dir Dep 1,621.76 |
| Clock | 99834 | | | Check Type | Reg | |

### Earnings Summary

**Total Gross Pay**

| | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 22.50 | 26.59 | 598.28 | 34,327.73 |
| Sign on Bonus | 0.00 | | 0.00 | 250.00 |
| Overtime | 0.00 | | 0.00 | 9.97 |
| Bonus | 0.00 | | 0.00 | 2,550.00 |
| Floating Holiday | 0.00 | | 0.00 | 199.43 |
| Holiday | 0.00 | | 0.00 | 1,595.42 |
| Sick | 15.00 | 26.59 | 398.85 | 1,994.27 |
| Vacation | 37.50 | 26.59 | 997.13 | 1,994.26 |
| Employer HSA | 0.00 | | 500.00 | 2,000.00 ❶ |
| | **75.00** | | **1,994.26** | **42,921.08** |

**Taxes**

| | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-0 | 1,964.16 | 84.11 | 1,722.25 |
| OASDI | | 1,964.16 | 121.77 | 2,623.78 |
| Medicare | | 1,964.16 | 28.48 | 613.63 |
| Delaware SITW | | 0.00 | 0.00 | 1,560.00 |
| Pennsylvania SITW | M-0 | 1,964.16 | 60.30 | 184.99 |
| PA SUI - EE | | 1,994.26 | 1.39 | 4.28 |
| Adams Tax Collection District | | 1,964.16 | 33.39 | 102.43 |
| | | | **329.44** | **6,811.36** |

**Other Deductions from Pay**

| | Current Amt | Ytd Amt |
|---|---|---|
| Advance 1 | 0.00 | -39.23 |
| Apparel Deduction | 0.00 | 9.54 |
| Medical FAM | 30.10 | 602.00 ❷ |
| Voluntary Dep & Spouse Life and AD&D | 0.09 | 119.00 |
| Voluntary Dep & Spouse Life and AD&D | 0.78 | |
| Voluntary Dep & Spouse Life and AD&D | 4.62 | |
| Voluntary Dep & Spouse Life and AD&D | 0.46 | |
| Voluntary Life | 0.55 | 140.20 |
| Voluntary Life | 6.46 | |
| | **43.06** | **831.51** |

### Payment Summary for Voucher 25676

| | |
|---|---|
| Total Gross Pay | 1,994.26 |
| Federal Taxes | -234.36 |
| State and Local Taxes | -95.08 |
| Other Deductions | -43.06 |
| Net Pay | **1,621.76** |
| Direct Deposits | -1,621.76 |
| Net Check | **0.00** |

### Additional Information

### Direct Deposit

| Bank | Account | Current Amt |
|---|---|---|
| MEMBERS 1ST FCU | Ends with ***6102 | 150.00 |
| USAA FEDERAL SAVINGS BANK | Ends with ***7753 | 1,421.76 |
| ALLIED FIRST BANK | Ends with ***4908 | 50.00 |
| | | **1,621.76** |

❶ This code is shown for information only. It has no effect on your net pay.
❷ This code is not included in your Federal taxable wages

**Avery W Hall Insurance Agency Inc**
308 E Main Street
Salisbury, MD 21801
(410) 742-5111

**Voucher Date** **Voucher Number**
10/17/2024                25760

## Direct Deposit Advice

*** This is not a check***

**Direct Deposit Amount**           ***** 1,621.73

**Tara M Riley**
17 Curtis Dr
East Berlin, PA 173169303

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

| Tara M Riley | October 17, 2024 | 25760 |
|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Emp Id | 99834 | Loc | 400-Milton | Period Begin | 09/30/2024 | Net Pay | 1,621.73 |
| Status | A | Hire Date | 03/14/2022 | Period End | 10/13/2024 | Dir Dep | 1,621.73 |
| Clock | 99834 | | | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 71.00 | 26.59 | 1,887.89 | 36,215.62 |
| Sign on Bonus | 0.00 | | 0.00 | 250.00 |
| Overtime | 0.00 | | 0.00 | 9.97 |
| Bonus | 0.00 | | 0.00 | 2,550.00 |
| Birthday | 0.00 | | 0.00 | |
| Funeral | 0.00 | | 0.00 | |
| Floating Holiday | 0.00 | | 0.00 | 199.43 |
| Holiday | 0.00 | | 0.00 | 1,595.42 |
| Sick | 0.00 | | 0.00 | 1,994.27 |
| Vacation | 4.00 | 26.59 | 106.36 | 2,100.62 |
| Employer HSA | 0.00 | | 0.00 | 2,000.00 ❶ |
| | **75.00** | | **1,994.25** | **44,915.33** |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-0 | 1,964.15 | 84.11 | 1,806.36 |
| OASDI | | 1,964.15 | 121.78 | 2,745.56 |
| Medicare | | 1,964.15 | 28.48 | 642.11 |
| Delaware SITW | | 0.00 | 0.00 | 1,560.00 |
| Pennsylvania SITW | M-0 | 1,964.15 | 60.30 | 245.29 |
| PA SUI - EE | | 1,994.25 | 1.40 | 5.68 |
| Adams Tax Collection District | | 1,964.15 | 33.39 | 135.82 |
| | | | **329.46** | **7,140.82** |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| Advance 1 | 0.00 | -39.23 |
| Apparel Deduction | 0.00 | 9.54 |
| Medical FAM | 30.10 | 632.10 ❷ |
| Voluntary Dep & Spouse Life and AD&D | 0.09 | 124.95 |
| Voluntary Dep & Spouse Life and AD&D | 0.78 | |
| Voluntary Dep & Spouse Life and AD&D | 4.62 | |
| Voluntary Dep & Spouse Life and AD&D | 0.46 | |
| Voluntary Life | 0.55 | 147.21 |
| Voluntary Life | 6.46 | |
| | **43.06** | **874.57** |

### Payment Summary for Voucher 25760

| | |
|---|---|
| Total Gross Pay | 1,994.25 |
| Federal Taxes | -234.37 |
| State and Local Taxes | -95.09 |
| Other Deductions | -43.06 |
| Net Pay | 1,621.73 |
| Direct Deposits | -1,621.73 |
| Net Check | 0.00 |

### Additional Information

### Direct Deposit

| Bank | Account | Current Amt |
|---|---|---|
| MEMBERS 1ST FCU | Ends with ***6102 | 150.00 |
| USAA FEDERAL SAVINGS BANK | Ends with ***7753 | 1,421.73 |
| ALLIED FIRST BANK | Ends with ***4908 | 50.00 |
| | | 1,621.73 |

❶ This code is shown for information only. It has no effect on your net pay.
❷ This code is not included in your Federal taxable wages.

**Avery W Hall Insurance Agency Inc**
308 E Main Street
Salisbury, MD 21801
(410) 742-5111

**Voucher Date**  **Voucher Number**
10/31/2024  25837

**\*\*\* This is not a check\*\*\***

## Direct Deposit Advice

**Direct Deposit Amount**  \*\*\*\*\* 1,681.81

**Tara M Riley**
17 Curtis Dr
East Berlin, PA 173169303

*Direct Deposit Preview  -  Direct Deposit Preview  -  Direct Deposit Preview  -  Direct Deposit Preview  -  Direct Deposit Preview  -  Direct Deposit Preview*

| Tara M Riley | October 31, 2024 | 25837 |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | **99834** | Loc | **400-Milton** | Period Begin | **10/14/2024** | Net Pay | **1,681.81** |
| Status | **A** | Hire Date | **03/14/2022** | Period End | **10/27/2024** | Dir Dep | **1,681.81** |
| Clock | **99834** | | | Check Type | **Reg** | | |

### Earnings Summary

| **Total Gross Pay** | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 77.00 | 26.59 | 2,047.43 | 38,263.05 |
| Sign on Bonus | 0.00 | | 0.00 | 250.00 |
| Overtime | 0.00 | | 0.00 | 9.97 |
| Bonus | 0.00 | | 25.00 | 2,575.00 |
| Birthday | 0.00 | | 0.00 | |
| Funeral | 0.00 | | 0.00 | |
| Floating Holiday | 0.00 | | 0.00 | 199.43 |
| Holiday | 0.00 | | 0.00 | 1,595.42 |
| Sick | 0.00 | | 0.00 | 1,994.27 |
| Vacation | 0.00 | | 0.00 | 2,100.62 |
| Employer HSA | 0.00 | | 0.00 | 2,000.00 ❶ |
| | **77.00** | | **2,072.43** | **46,987.76** |

| **Taxes** | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-0 | 2,042.33 | 92.46 | 1,898.82 |
| OASDI | | 2,042.33 | 126.62 | 2,872.18 |
| Medicare | | 2,042.33 | 29.61 | 671.72 |
| Delaware SITW | | 0.00 | 0.00 | 1,560.00 |
| Pennsylvania SITW | M-0 | 2,042.33 | 62.70 | 307.99 |
| PA SUI - EE | | 2,072.43 | 1.45 | 7.13 |
| Adams Tax Collection District | | 2,042.33 | 34.72 | 170.54 |
| | | | **347.56** | **7,488.38** |

| **Other Deductions from Pay** | Current Amt | Ytd Amt |
|---|---|---|
| Advance 1 | 0.00 | -39.23 |
| Apparel Deduction | 0.00 | 9.54 |
| Medical FAM | 30.10 | 662.20 ❷ |
| Voluntary Dep & Spouse Life and AD&D | 0.09 | 130.90 |
| Voluntary Dep & Spouse Life and AD&D | 0.78 | |
| Voluntary Dep & Spouse Life and AD&D | 4.62 | |
| Voluntary Dep & Spouse Life and AD&D | 0.46 | |
| Voluntary Life | 0.55 | 154.22 |
| Voluntary Life | 6.46 | |
| | **43.06** | **917.63** |

### Payment Summary for Voucher 25837

| | |
|---|---|
| Total Gross Pay | 2,072.43 |
| Federal Taxes | -248.69 |
| State and Local Taxes | -98.87 |
| Other Deductions | -43.06 |
| Net Pay | **1,681.81** |
| Direct Deposits | -1,681.81 |
| Net Check | **0.00** |

### Additional Information

### Direct Deposit

| Bank | Account | Current Amt |
|---|---|---|
| MEMBERS 1ST FCU | Ends with \*\*\*6102 | 150.00 |
| USAA FEDERAL SAVINGS BANK | Ends with \*\*\*7753 | 1,481.81 |
| ALLIED FIRST BANK | Ends with \*\*\*4908 | 50.00 |
| | | **1,681.81** |

❶ This code is shown for information only. It has no effect on your net pay.
❷ This code is not included in your Federal taxable wages.