UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
   JOSEPH B. RILEY, SR. :
   TARA M. RILEY : CHAPTER 13
      Debtor :
       :
   JACK N. ZAHAROPOULOS :
   STANDING CHAPTER 13 TRUSTEE : CASE NO. 1-24-bk-02963
      Movant :
       :
   JOSEPH B. RILEY, SR. :
   TARA M. RILEY :
      Respondent :

## ORDER

Upon consideration of the Trustee's Objection to Debtor(s)' Exemptions, IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.