United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Joseph B. Riley, Sr.  
Tara M. Riley  
    Debtors

Case No. 24-02963-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Feb 28, 2025      Form ID: ntcnfhrg      Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph B. Riley, Sr., Tara M. Riley, 17 Curtis Dr., East Berlin, PA 17316-9303 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2025 18:49:14 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5677717 | | Email/PDF: bncnotices@becket-lee.com | Feb 28 2025 18:49:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5668845 | | Email/PDF: bncnotices@becket-lee.com | Feb 28 2025 18:59:59 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5668846 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 28 2025 18:47:00 | Bank of America, Attn: Bankruptcy NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 5681912 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 28 2025 18:47:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5668847 | + | Email/Text: epayterms@beebehealthcare.org | Feb 28 2025 18:47:00 | Beebe Healthcare, 424 Savannah Rd., Lewes, DE 19958-1462 |
| 5668848 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2025 18:49:13 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5681901 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2025 19:00:16 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5668849 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2025 18:49:35 | Citibank North America, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5668850 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2025 18:48:54 | Citibank/Exxon Mobile, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5668851 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2025 18:48:54 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5668852 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2025 18:47:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5668853 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 28 2025 18:49:09 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5668871 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Feb 28 2025 18:47:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |

Case 1:24-bk-02963-HWV    Doc 30    Filed 03/02/25    Entered 03/03/25 00:25:23    Desc  
Imaged Certificate of Notice    Page 1 of 5

| Recipient ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 5668854 | Email/Text: bankruptcy@pepcoholdings.com | Feb 28 2025 18:47:00 | Delmarva Power & Light Company, P.O. Box 17006, Wilmington, DE 19850-7006 |
| 5670150 | Email/Text: mrdiscen@discover.com | Feb 28 2025 18:47:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5668855 | Email/Text: mrdiscen@discover.com | Feb 28 2025 18:47:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5671220 | Email/Text: collecadminbankruptcy@fnni.com | Feb 28 2025 18:47:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 5668856 | Email/Text: collecadminbankruptcy@fnni.com | Feb 28 2025 18:47:00 | Fnb Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 5668872 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 28 2025 18:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5681803 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 28 2025 18:47:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5674670 | + Email/Text: RASEBN@raslg.com | Feb 28 2025 18:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5668857 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 28 2025 18:49:25 | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 5683151 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2025 18:48:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5668858 | Email/Text: Documentfiling@lciinc.com | Feb 28 2025 18:47:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-2802 |
| 5681711 | + Email/Text: Documentfiling@lciinc.com | Feb 28 2025 18:47:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 5668859 | Email/Text: camanagement@mtb.com | Feb 28 2025 18:47:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5683217 | Email/Text: camanagement@mtb.com | Feb 28 2025 18:47:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5675319 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2025 18:48:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5668860 | Email/Text: bankruptcy.handling@bankeasy.com | Feb 28 2025 18:47:00 | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 5668861 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2025 18:48:51 | Merrick Bank/Card Works, Attn: Bankruptcy, PO Box 5000, Draper, UT 84020-5000 |
| 5668875 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 28 2025 18:47:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5668873 | Email/Text: fesbank@attorneygeneral.gov | Feb 28 2025 18:47:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5690687 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2025 18:49:30 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5690688 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2025 18:49:09 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5681897 | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2025 18:47:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 5682652 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2025 18:49:29 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5668862 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2025 18:49:24 | Syncb/Paypal, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5668863 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2025 18:49:04 | Syncb/Venmo, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5668864 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2025 18:49:03 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5668865 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2025 18:59:42 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5668866 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2025 18:49:27 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5681176 | | Email/Text: bncmail@w-legal.com | Feb 28 2025 18:47:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 5668867 | | Email/Text: bncmail@w-legal.com | Feb 28 2025 18:47:00 | Target, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5668874 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Feb 28 2025 18:47:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5673732 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 28 2025 18:47:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5668868 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 28 2025 18:47:00 | US Bank, P.O Box 108, Saint Louis, MO 63166 |
| 5673106 | + | Email/Text: RASEBN@raslg.com | Feb 28 2025 18:47:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 5668876 | ^ | MEBN | Feb 28 2025 18:40:24 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5668869 | | Email/Text: bkelectronicnotices@usaa.com | Feb 28 2025 18:47:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 5668870 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2025 18:48:57 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5677939 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5677967 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2025　　　　　　　　　　Signature:　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor M&T BANK blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 2 Tara M. Riley jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnnyamslaw.com;alr@johnnyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 1 Joseph B. Riley  Sr. jmh@johnnyamslaw.com, acb@johnhyamslaw.com;dlh@johnnyamslaw.com;alr@johnnyamslaw.com;hyamsjr90415@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joseph B. Riley Sr.,

    **Debtor 1**

Tara M. Riley,

    **Debtor 2**

Chapter 13

Case No. 1:24−bk−02963−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**March 26, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: April 2, 2025<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristinaEdris, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 28, 2025 |

ntcnfhrg (08/21)