UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
JOSEPH B RILEY, SR
TARA M RILEY

CASE NO: 24-02963

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 4/1/2025, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/1/2025

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
1007 N. Front St. Suite 3 South
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

Case 1:24-bk-02963-HWV    Doc 37    Filed 04/01/25    Entered 04/01/25 11:40:16    Desc
Main Document      Page 1 of 5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOSEPH B RILEY, SR
TARA M RILEY

CASE NO: 24-02963

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/1/2025, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/1/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
1007 N. Front St. Suite 3 South
Harrisburg, PA  17102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | ~~EXCLUDE~~ | | |
|---|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-02963<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>TUE APR 1 8-29-27 PST 2025 | ~~(U)M&T BANK~~ | PRA RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK VA 23541-1067 | |

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~SYLVIA H RAMBO US COURTHOUSE~~
~~1501 N 6TH STREET~~
~~HARRISBURG PA 17102-1104~~

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

AMEX
CORRESPONDENCEBANKRUPTCY
PO BOX 981535
EL PASO TX 79998-1535

BANK OF AMERICA
ATTN BANKRUPTCY NC41050314
PO BOX 26012
GREENSBORO NC 27420-6012

BANK OF AMERICA NA
PO BOX 673033
DALLAS TX 75267-3033

BEEBE HEALTHCARE
424 SAVANNAH RD
LEWES DE 19958-1462

(P)DEPARTMENT OF LABOR INDUSTRY
ATTN OFFICE OF CHIEF COUNSEL
651 BOAS STREET 10TH FLOOR
HARRISBURG PA 17121-0751

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CITIBANK NA
CITIBANK NA
5800 S CORPORATE PL
SIOUX FALLS SD 57108-5027

CITIBANK NORTH AMERICA
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790040
SAINT LOUIS MO 63179-0040

CITIBANKEXXON MOBILE
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790040
SAINT LOUIS MO 63179-0040

CITIBANKTHE HOME DEPOT
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790040
SAINT LOUIS MO 63179-0040

COMENITY BANKVICTORIA SECRET
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS OH 43218-2125

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
6801 S CIMARRON RD
LAS VEGAS NV 89113-2273

DELMARVA POWER LIGHT COMPANY
PO BOX 17006
WILMINGTON DE 19850-7006

DISCOVER BANK
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054-3025

(P)FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1593

~~EXCLUDE~~

~~(D)(P)FIRST NATIONAL BANK OF OMAHA~~
~~1620 DODGE ST~~
~~STOP CODE 3113~~
~~OMAHA NE 68102-1593~~

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO ROBERTSON ANSCHUTZ SCHNEID
CRANE PARTNERS PLLC
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

JPMCB
PO BOX 15369
WILMINGTON DE 19850-5369

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LENDING CLUB<br>ATTN BANKRUPTCY<br>595 MARKET ST<br>SAN FRANCISCO CA 94105-2802 | LENDINGCLUB BANK NA<br>PO BOX 884268<br>LOS ANGELES CA 90088-4268 | (P)MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |
| ~~EXCLUDE~~<br>~~(D)(P)MT BANK~~<br>~~LEGAL DOCUMENT PROCESSING~~<br>~~626 COMMERCE DRIVE~~<br>~~AMHERST NY 14228-2307~~ | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 | MERCURYFBT<br>ATTN BANKRUPTCY<br>PO BOX 84064<br>COLUMBUS GA 31908-4064 |
| MERRICK BANKCARD WORKS<br>ATTN BANKRUPTCY<br>PO BOX 5000<br>DRAPER UT 84020-5000 | (P)PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION<br>STRAWBERRY SQUARE<br>15TH FLOOR<br>HARRISBURG PA 17120-0001 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 |
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | ~~EXCLUDE~~<br>~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ | QUANTUM3 GROUP LLC AS AGENT FOR<br>MERCURY FINANCIALFIRST BANK TRUST<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| RESURGENT RECEIVABLES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | SYNCBPAYPAL<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCBVENMO<br>ATTN BANKRUPTCY<br>PO BOX 965064<br>ORLANDO FL 32896-5064 |
| SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKLOWES<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONYPAYPAL CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 965064<br>ORLANDO FL 32896-5064 |
| (P)TD BANK USA N A<br>ATTN CO WEINSTEIN RILEY P S<br>1415 WESTERN AVE<br>SUITE 700<br>SEATTLE WA 98101-2051 | TARGET<br>CO FINANCIAL RETAIL SRVS MAILSTOP BT<br>PO BOX 9475<br>MINNEAPOLIS MN 55440-9475 | (P)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| (P)U S DEPARTMENT OF JUSTICE TAX DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 | ~~EXCLUDE~~<br>~~(D)(P)US BANK~~<br>~~PO BOX 5229~~<br>~~CINCINNATI OH 45201-5229~~ | USAA FEDERAL SAVINGS BANK<br>ROBERTSON ANSCHUTZ SCHNEID<br>CRANE PARTNERS PLLC<br>13010 MORRIS RD SUITE 450<br>ALPHARETTA GA 30004-2001 |
| UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PA 17108-1754 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~US COURTHOUSE~~<br>~~1501 N 6TH ST~~<br>~~HARRISBURG PA 17102-1104~~ | USAA FEDERAL SAVINGS BANK<br>ATTN BANKRUPTCY<br>9800 FREDERICKSBURG RD<br>SAN ANTONIO TX 78288-0001 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| WALMART CREDIT SERVICESCAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 | (P)JACK N   ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | ~~EXCLUDE~~<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG  PA 17102-2151~~ |
| ~~EXCLUDE~~<br>~~JOSEPH B RILEY SR~~<br>~~17 CURTIS DR~~<br>~~EAST BERLIN  PA 17316-9303~~ | ~~EXCLUDE~~<br>~~TARA M RILEY~~<br>~~17 CURTIS DR~~<br>~~EAST BERLIN  PA 17316-9303~~ | |