UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
|   JOSEPH B. RILEY, SR. and | : |
|   TARA M. RILEY, | :   CHAPTER 13 |
|     Debtors | : |
| | : |
| JACK N. ZAHAROPOULOS, | : |
|   STANDING CHAPTER 13 TRUSTEE, | :   CASE NO. 1-24-bk-02963-HWV |
|     Movant | : |
| | : |
| JOSEPH B. RILEY, SR. and | : |
| TARA M. RILEY, | : |
|     Respondents | : |

## TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

AND NOW, this 29th day of April 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Douglas R. Roeder, Esquire, and objects to the confirmation of the above-referenced Debtors' Plan for the following reason:

1. Trustee avers that Debtors' Plan cannot be administered due to the lack of the following:

   a. Debtors have not provided Trustee recent pay advices to show the alleged reduction in income.

WHEREFORE, Trustee alleges and avers that Debtors' Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

   a. deny confirmation of Debtors' Plan;
   b. dismiss or convert Debtors' case; and
   c. provide such other relief as is equitable and just.

                              Respectfully submitted:

                              Jack N. Zaharopoulos
                              Standing Chapter 13 Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA 17036
                              (717) 566-6097

                BY:   /s/ Douglas R. Roeder, Esquire
                              Attorney for Trustee

# CERTIFICATE OF SERVICE

       AND NOW, this 29th day of April 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

John M. Hyams, Esquire
Law Offices of John M. Hyams
2023 North 2nd Street
Suite 203
Harrisburg, PA 17102

                                            /s/ Derek M. Strouphauer, Paralegal
                                            Office of Jack N. Zaharopoulos
                                            Standing Chapter 13 Trustee