Certificate Number: 06531-PAM-DE-039994000

Bankruptcy Case Number: 24-02963


06531-PAM-DE-039994000

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on August 18, 2025, at 7:55 o'clock PM CDT, Joseph Riley Sr completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  August 18, 2025          By:   /s/Deyanira Reyes

                                Name: Deyanira Reyes

                                Title: Certified Credit Counselor

Case 1:24-bk-02963-HWV    Doc 51    Filed 08/19/25    Entered 08/19/25 09:44:36    Desc
Main Document    Page 1 of 1