Certificate Number: 06531-PAM-DE-039994011

Bankruptcy Case Number: 24-02963


06531-PAM-DE-039994011

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on August 18, 2025, at 7:55 o'clock PM CDT, Tara Riley completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 18, 2025

By: /s/Deyanira Reyes

Name: Deyanira Reyes

Title: Certified Credit Counselor